tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Johnnie Johnson, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Beatrice Rosenberg* for respondent.

No. 1001. BOWEN *v.* UNITED STATES. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Hugh A. Bowen, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 866. INDIANS OF CALIFORNIA *v.* UNITED STATES. June 7, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. Hartwell H. Linney,* Assistant Attorney General of California, for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Raymond T. Nagle* and *Vernon L. Wilkinson* for the United States.

No. 956. MEADE *v.* UNITED STATES. June 7, 1943. Petition for writ of certiorari to the Court of Claims denied. *Messrs. George R. Shields, Herman J. Galloway, John W. Gaskins,* and *Fred W. Shields* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 970. BINKLEY MINING CO. *v.* WHEELER, ACTING DIRECTOR, BITUMINOUS COAL DIVISION, ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry*